UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIOUS WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>BUCATO, J. FLORES, C. HUCKLEBERRY, C. PFIEFFER,<br><br>    Defendants. | Case No.  1:23-cv-00023-HBK (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 2)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS ORDER TO SHOW CAUSE WHY MOTION TO PROCEED *IN FORMA PAUPERIS* SHOULD NOT BE DENIED |

Plaintiff, a prisoner, initiated this action on December 30, 2022, by filing a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983.  (Doc. No. 1, Complaint).  Plaintiff seeks leave to proceed *in forma pauperis* on the Complaint and submitted a copy of his prison trust fund statement in support which reflects a balance of $137.39.  (Doc. Nos. 2, 4).  Plaintiff has made the showing required by § 1915(a) to proceed *in forma pauperis* but remains obligated to pay the statutory filing fees as set forth in 28 U.S.C. § 1915.  **Plaintiff is obligated to make an initial payment of $64.00[1] (20% of the greater of the average 6-month deposits immediately**

---

[1] According to the Inmate Statement Report, Plaintiff's average monthly deposits for the 6-month preceding the filing of the Complaint was $320.00.  (Doc. No. 4).

**preceding the filing of the complaint or six-month average balance).** *Id.*, **§ 1915(b)(1)(A), (B).** Thereafter, Plaintiff is required to make monthly payments of 20% of the preceding month's income credited to her trust account. The California Department of Corrections is required to send the initial $64.00 payment to the Clerk of the Court and subsequent payments from Plaintiff's account each time the amount in her account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

ACCORDINGLY, it is **ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is GRANTED.

2. **The Secretary of the California Department of Corrections, or his designee shall forward an initial payment of $64.00 to the Clerk of the Court from Plaintiff's prison trust account in accordance with 28 U.S.C. § 1915(b)(1)(B) and shall make future monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the Plaintiff's trust account each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.** The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Secretary of the California Department of Corrections, via the court's electronic case filing system (CM/ECF).

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

Dated:    January 19, 2023

HELENA M. BARCH-KUCHTA  
UNITED STATES MAGISTRATE JUDGE