UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIOUS WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>BUCATO, J. FLORES, and C. HUCKLEBERRY,<br><br>    Defendants. | Case No. 1:23-cv-00023-KES-HBK (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING PRODUCTION OF INMATE LUCIOUS WILSON, CDCR #V-94223<br><br>(Doc. No. 29) |

Plaintiff is a state prisoner proceeding in this civil rights action pursuant to 42 U.S.C. § 1983. On March 22, 2024, the Court issued a Writ of Habeas Corpus Ad Testificandum to produce Plaintiff Lucious Wilson CDCR #V-94223 for a settlement conference on April 18, 2024 at 1:00 pm before Magistrate Judge Erica P. Grosjean. (Doc. No. 29). On April 15, 2024, the Court received information about Plaintiff's health, housing situation, and lack of access to property, and determined that the settlement should be continued to another date. (*See* Doc. No. 33). Accordingly, Judge Grosjean vacated the settlement conference and will reschedule it after conferring with Defense counsel. The Court will also discharge the Writ of Habeas Corpus Ad

Testificandum.

Accordingly, it is **ORDERED**:

1. The Writ of Habeas Corpus Ad Testificandum directing the production of inmate Lucious Wilson CDCR #V-94223 issued on March 22, 2024 (Doc. No. 29) is **DISCHARGED**.
2. The Clerk of Court shall serve a courtesy copy of this Order on Plaintiff at his address of record.
3. The Clerk of Court shall serve a courtesy copy of this Order by e-mail on the Litigation Coordinator at California State Prison, Sacramento.

Dated:   April 17, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

Copies:  Michelle Means Rooney, CRD