1
2
3
4
5
6
7
8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10                              FRESNO DIVISION

11

12

13   **LUCIOUS WILSON,**                     1:23-cv-00023-HBK

                                Plaintiff,   **ORDER**
14
15                        **v.**

16   **BUCATO, et al.,**

17                             Defendants.

18

19        **GOOD CAUSE APPEARING,**

20        **IT IS ORDERED** that the Motion to Excuse Defendants from Attending Settlement

21   Conference is GRANTED.  The individual Defendants do not need to attend the May 20, 2024

22   settlement conference.

23   IT IS SO ORDERED.

24
     Dated:   **May 1, 2024**                    /s/ _Ecci_ _P._ _Gros_
25                                             UNITED STATES MAGISTRATE JUDGE
26
27
28