| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIOUS WILSON, | Case No. 1:23-cv-00023-KES-HBK (PC) |
| Plaintiff, | ORDER PROVIDING PLAINTIFF WITH ONE-TIME COURTESY COPY OF ORDER |
| v. | |
| BUCATO, *et al.*, | (Doc. No. 47) |
| Defendants. | |

Pending before the Court is Plaintiff's construed motion for copies. (Doc. No. 47). Plaintiff requests a copy of the scheduling order. (*Id.*). As a one-time courtesy, the Court will direct the Clerk of Court to provide Plaintiff with a free copy of the Amended Case Management Scheduling Order issued on August 1, 2024. (Doc. No. 43).

In the future, Plaintiff is advised that "proceeding *in forma pauperis* does not entitle a party to the waiver of anything other than court filing fees." *Martin v. McNut*, 2011 WL 4543039, at *1 (E.D. Cal. Sept. 28, 2011). Nor does a plaintiff's *pro se* or prisoner status entitle him to receive complimentary copies. *Blair v. CDCR*, 2018 WL 1959532, at *6 n.2 (E.D. Cal. Apr. 25, 2018). Consistent with statute, the clerk provides copies of documents and the docket sheet at $0.50 per page. *See* 28 U.S.C. § 1914. Checks in the exact amount are payable to "Clerk, USDC."

////

Accordingly, it is **ORDERED**:

1. Plaintiff's motion for copies (Doc. No. 47) is GRANTED to the limited extent set forth herein.
2. The Clerk of Court shall provide Plaintiff with a one-time courtesy copy of Amended Case Management Scheduling Order issued on August 1, 2024. (Doc. No. 43).
3. To the extent Plaintiff wishes to obtain a copy of any future filing, he must forward a check in the amount of $0.50 per page to the Clerk with his request for the same.

Dated:    May 21, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2